**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**DEMARIO WALKER, #L1625**                                                                   **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 3:08-cv-452-DPJ-JCS**

**HENRY MCCULLUM, et al.**                                                                 **DEFENDANTS**

FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order denying *In Forma Pauperis* status and dismissing the case issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 17th day of February, 2009.

                                                      s/ *Daniel P. Jordan III*
                                                      UNITED STATES DISTRICT JUDGE